UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CR-220-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **DISMISSAL OF COMPLAINT** |
| ) | |
| ANDREA MARQUEZ-FLORES ) | |

On August 27, 2007, a Criminal Complaint was filed in this matter charging Defendant with aggravated identity theft in violation of 18 U.S.C. § 1028A. As set forth in the supporting affidavit, Defendant completed an I-9 form utilizing the identity and social security number of another individual in order to obtain employment at Smithfield Packing Company in Tar Heel, North Carolina.

On August 28, 2007, Defendant had her initial appearance and was released on conditions.

On January 31, 2008, the Court granted a petition filed by the Probation Office for an arrest warrant on the ground that Defendant had absconded from pretrial supervision. [DE 20] At that point the Court had granted several motions by Defendant to extend the government's deadline to obtain a grand jury indictment, with the last deadline of February 13, 2008. [DE 19]

The government did not obtain an indictment, and the statute of limitations has now expired. Accordingly, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Criminal Complaint.

Respectfully submitted this 28th day of July, 2014.

        THOMAS G. WALKER
        United States Attorney

        /s/ Eric D. Goulian
        ERIC D. GOULIAN
        Assistant United States Attorney
        310 New Bern Avenue, Suite 800
        Raleigh, NC 27601
        Tel:    919-856-4356
        Fax:   919-856-4487
        Email: Eric.Goulian@usdoj.gov

Leave for filing of the foregoing
is hereby granted this __29th__
day of July, 2014.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE